FILED
2019 APR 17 PM 2:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES ROBERT CASO,<br><br>    Defendant. | No. SA CR 19-00066 AG<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about November 14, 2018, in Orange County, within the Central District of California, defendant CHARLES ROBERT CASO ("CASO") knowingly possessed on a white Apple MacBook Pro laptop computer, bearing serial number W8925AQ39GU ("Apple laptop"), containing an internal Toshiba 160 GB hard drive, bearing serial number 59UVT160T ("Toshiba hard drive"), at least one image of child

pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant CASO possessed on the Apple laptop and Toshiba hard drive included, but was not limited to, a video titled "weeps but suck.mp4."

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about November 14, 2018, in Orange County, within the Central District of California, defendant CHARLES ROBERT CASO ("CASO") knowingly possessed on a green Sandisk 16 GB flash drive, bearing serial number 4C530001010111110525 ("Sandisk flash drive"), at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant CASO possessed on the Sandisk flash drive included, but was not limited to, a video titled "MVI_4367.AVI."

| | |
|---|---|
| 1 | COUNT THREE |
| 2 | [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)] |

On or about November 14, 2018, in Orange County, within the Central District of California, defendant CHARLES ROBERT CASO ("CASO") knowingly possessed on a Memorex 64 GB flash drive, bearing serial number 070886C01E1C1605 ("Memorex flash drive"), at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant CASO possessed on the Memorex flash drive included, but was not limited to, a video titled "Vicky - Suckcum.mov."

|   |   |
|---|---|
| 1 | COUNT FOUR |
| 2 | [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)] |

On or about November 14, 2018, in Orange County, within the Central District of California, defendant CHARLES ROBERT CASO ("CASO") knowingly possessed on an ASUS K601 laptop, bearing serial number RBBBR05 ("ASUS laptop"), containing an internal Seagate 500 GB hard drive, bearing serial number 6VE511LZ ("Seagate hard drive"), at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant CASO possessed on the ASUS laptop and Seagate hard drive included, but was not limited to, a video titled "VID-TOXATR.mp4."

## COUNT FIVE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about November 14, 2018, in Orange County, within the Central District of California, defendant CHARLES ROBERT CASO ("CASO") knowingly possessed on a Westwood College 4 GB flash drive, bearing serial number 764B2B88 ("Westwood College flash drive"), at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

//
//
//

The child pornography that defendant CASO possessed on the Westwood College flash drive included, but was not limited to, a video titled "6.MOV."

A TRUE BILL

_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

VIBHAV MITTAL
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ROSALIND WANG
Assistant United States Attorney
Santa Ana Branch Office